UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVEN T. MARVIK, | ) | 3:11-cv-00754-MMD -WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 24, 2012 |
| | ) | |
| WASHOE COUNTY, *et.al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's "Motion for This Court to Make a Decision on Legal Status of This Case Since I Have Not Received Any Forward Progress in This Case." (Doc. #14.)  A review of the docket herein reflects that the court's Order Adopting and Accepting the Report and Recommendation was entered on July 10, 2012. (Doc. #12.)  It was thereafter mailed to plaintiff at the address he provided the court via his notice of change of address on 4/11/12. (Doc. #7.)  The court notes, however, that plaintiff's motion (Doc. #14) contains a different mailing address for plaintiff.

The court has already made a decision herein.[1]  Plaintiff's motion (Doc. #14) is **DENIED.**  However, the Clerk of the Court is directed to mail to plaintiff a second copy of the court's Order (Doc. #12), any accompanying documents and plaintiff's Complaint (Doc. #13).  Plaintiff is reminded he is under a continuing duty to inform the court of any change of address.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
             Deputy Clerk

---

[1] Per the Order (Doc. #12), plaintiff's Complaint was filed in as Doc. #13 and dismissed, and Plaintiff was given until August 9, 2012, to file an Amended Complaint